UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

Jamar Hunter,

    *Plaintiff*,

v.

Jane Rankin,

    *Defendant*.

C.A. No. 14-281 Erie

ORDER ADOPTING THE REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE BAXTER

The Magistrate Judge issued a Report and Recommendation in this matter, recommending that this Court grant Defendant's motion for summary judgment and dismiss Plaintiff's claims for failure to exhaust his administrative remedies. *See* Prison Litigation Reform Act, 42 U.S.C. Section 1997e(a). After reviewing the Report and Recommendation, the record, and all other materials before the Court and finding no objection, it is hereby ordered that:

(1) The Report and Recommendation is adopted;

(2) Defendant's Motion for Summary Judgment is GRANTED; and

(3) Plaintiff's Complaint is DISMISSED for failure to exhaust administrative remedies.

**IT IS SO ORDERED.**

DATED this 16th day of February 2015.

*Barbara J. Rothstein*

BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE